IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORNELIUS WINFREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-461-JPG-DGW |
| ) | |
| OBADINE OLUKUNLE, B. LANE, S. HILL, ) | |
| M. ROGERS, and F. BARGES, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Currently pending before the Court is a Motion for Leave to File an Amended Complaint and for resubmission of the Motion to Appoint Counsel (Doc. 27), filed by Plaintiff Cornelius Winfrey, an inmate litigating this case *pro se*. Although titled a Motion for Leave to File an Amended Complaint, the body of the motion indicates that Plaintiff seeks appointment of counsel. The Court finds that appointment of counsel is warranted in this action. Accordingly, the motion is **GRANTED**.

After a random pick, attorney **Rebecca A. Whittington, 930 West Walnut Street, Carbondale, Illinois, 62901**, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR83.1(i).[1] Ms. Whittington is **directed** to file her entry of appearance by **December 15, 2010**.

The Plaintiff is an inmate in the custody of the Illinois Department of Corrections at the Pinckneyville Correctional Center. Ms. Whittington may contact the Plaintiff there.

**DATED:** December 2, 2010

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] Under SDIL-LR 83(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.