# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORNELIUS WINFREY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: **3:09-cv-00461-JPG-PMF** |
| ROGER E. WALKER, JR., *et al.*, | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This matter becomes before the Court for case management. The plaintiff, Cornelius Winfrey, has been unable to serve defendant F. Barges. Rule 4(m) of the Federal Rules of Civil Procedure provides that "if a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." FED.R. CIV. P. 4(m). The complaint in this case was filed on June 18, 2009, and requests for waivers of service were first sent on February 12, 2010. The time to serve the defendants had been extended to April 29, 2011. *See* Doc. 49. As of the date of this recommendation, the plaintiff has been unable to serve the defendant in question. Because the plaintiff has been unable to effectuate service on this defendant in a timely manner, it is **RECOMMENDED** that defendant F. Barges be **DISMISSED** without prejudice pursuant to Rule 4(m).

SO RECOMMENDED.

DATED: <u>August 22, 2011.</u>

<u>*/s/ Philip M. Frazier*</u>
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE