IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORNELIUS WINFREY, | |
| Plaintiff, | |
| v. | |
| ROGER E. WALKER, JR, et al., | Case No. 3:09-cv-00461-JPG-PMF |
| Defendants. | |

ORDER

This matter comes before the Court on Magistrate Judge Philip M. Frazier's Report and Recommendation ("R & R") (Doc. 63) of August 22, 2011 wherein it was recommended claims against Defendant Barges (Doc. 1) be dismissed without prejudice for failure to serve. After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*

The Court must review *de novo* the portions of the report to which specific written objections are made. *Id*. "If no objection or only partial objection is made, the district court Judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). No objections were made to the R&R and after reviewing it, the Court finds it is an accurate application of Rule 4(m) of the Federal Rules of Civil Procedure to Winfrey.

Accordingly, the Court hereby **ADOPTS** the R & R (Doc.63) **in its entirety** and **DISMISSES** claims against Defendant Barges **without prejudice**.

The Court directs the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**

**DATED: September 21, 2011.**

s./ J. Phil Gilbert
**J. PHIL GILBERT**
**District Judge**
