IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORNELIUS WINFREY,

    Plaintiff,

v.

ROGER E. WALKER, JR., *et al.*,

    Defendants.

Case No. 3:09-cv-00461-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants B Lane, S Hill, and M Rogers and against plaintiff Cornelius Winfrey on all claims. Defendants B Lane, S Hill, and M Rogers are **DISMISSED with prejudice.** The case is **DISMISSED without prejudice** as to defendants Obadina Olukunle and F Barges. Defendants Walker, Hartline, Merchant, Wilts, Benton, Fritts, and Kisro were **dismissed with prejudice** following threshold review.

**DATED: April 17, 2012**

                                              **NANCY ROSENSTENGEL, CLERK**

                                              **By:s/Deborah Agans, Deputy Clerk**

Approved: s./ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**