IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORNELIUS WINFREY,<br><br>    Plaintiff,<br><br>v.<br><br>ROGER E. WALKER, JR., *et al.*,<br><br>    Defendants. | Case No. 3:09-cv-00461-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants B Lane, S Hill, and M Rogers and against plaintiff Cornelius Winfrey on all claims. Defendants B Lane, S Hill, and M Rogers are **DISMISSED with prejudice.** The case is **DISMISSED without prejudice** as to defendants Obadina Olukunle and F Barges. Defendants Walker, Hartline, Merchant, Wilts, Benton, Fritts, and Kisro were **dismissed with prejudice** following threshold review.

**DATED: April 17, 2012**

                                                                **NANCY ROSENSTENGEL, CLERK**


                                                                **By:s/Deborah Agans, Deputy Clerk**

Approved: s./ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**